Dismissed and
Memorandum Opinion filed March 25, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00431-CR

____________

 

BRANDON MICHAEL CAMPBELL, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 232nd District Court

Harris County, Texas

Trial Court Cause No. 1207183

 

 

 



MEMORANDUM
OPINION

            A jury convicted appellant of aggravated assault.  On May 6,
2009, the trial court sentenced appellant to confinement for eight years in the
Institutional Division of the Texas Department of Criminal Justice.  Appellant
filed a notice of appeal on May 6, 2009.  

            On January 28, 2010, this court ordered a hearing to
determine why appellant’s counsel had not filed a brief in this appeal.  On February
24, 2010, the trial court conducted the hearing, and the record of the hearing
was filed in this court on March 1, 2010.

            At the hearing, appellant, together with his counsel,
confirmed that he had discussed the issues with counsel and determined that
appellant no longer wished to pursue his appeal.

            Appellant has not filed a written motion to withdraw the
appeal or a written motion to dismiss the appeal.  See Tex. R. App. P.
42.2(a).  However, based upon the testimony at the hearing that appellant does
not want to continue his appeal, we conclude that good cause exists to suspend
the operation of Rule 42.2(a) in this case.  See Tex. R. App. P. 2.

            Accordingly, we dismiss the appeal. 

PER CURIAM

 

 

Panel
consists of Justices Yates, Seymore, and Brown.  

Do Not
Publish — Tex. R. App. P.
47.2(b).